## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Leonard Jeger, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>     -v.-<br><br>Credit Collection Services,<br><br>                              Defendant(s). | Case. No.: 2:21-cv-6070<br><br>**FILED**<br>**CLERK**<br>11:51 am, Feb 15, 2022<br>**U.S. DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK**<br>**LONG ISLAND OFFICE** |

### Stipulation of Dismissal Without Prejudice

The case law is clear that "where a case is dismissed for lack of Article III standing, as here, that disposition cannot be entered with prejudice, and instead must be dismissed without prejudice." *Katz v. Donna Karan Co., L.L.C.*, 872 F.3d 114, 121 (2d Cir. 2017) (cleaned up). This is because "such a dismissal is one for lack of subject matter jurisdiction. And without jurisdiction, the district court lacks the power to adjudicate the merits of the case or dismiss a case with prejudice." *John v. Whole Foods Mkt. Grp., Inc.*, 858 F.3d 732, 735 (2d Cir. 2017) (same). As Plaintiff is willing to concede the lack of standing for the purpose of litigating the substance of the matter in State Court, the case should be dismissed without prejudice for lack of subject matter jurisdiction.

/s/ *Tamir Saland*
Tamir Saland, Esq.
Counsel for Plaintiff

Dated:  Central Islip, NY
            February 15, 2022

/s/ *Matthew B. Johnson*
Matthew Johnson
Counsel for Defendant

Case closed.
SO ORDERED.
/s/ JMA, USDJ

1